FILED
2008 OCT 20 PM 4: 03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV-08-80164 MISC VRW

Bruce Elliott Pritzker,
                                       ORDER
    State Bar No 74921
_____/

On August 27, 20008, the court issued an order to show cause (OSC) why Bruce Elliott Pritzker should not be removed from the roll of attorneys authorized to practice law before this court, based on his resignation from the State Bar, effective May 18, 2008, with disciplinary charges pending. Mr Pritzker has filed no response to the OSC.

The court now orders Bruce Elliott Pritzker removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Bruce Elliott Pritzker,

_____/

Case Number: CV08-80164VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Elliott Pritzker
P.O. Box 752
Zephyr Cove, NV 89448-0753

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*